PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES v. BACA-ARIAS | NO. 1:24-MJ-00069-EPG |
|---|---|
| | PROTECTIVE ORDER |

    Application having been made to this court by the United States of America for an order pursuant to Title 18, United States Code, Section 2518(8)(b), to disclose portions of the Merced County Superior Court Orders authorizing the interception of wire and electronic communications, the accompanying applications, affidavits, and recordings, in the above-entitled case, and

    Those orders, applications, affidavits, and recordings having previously been sealed by the Merced County Superior Court but authorized to be released to the United States for disclosure in discovery to defendants in the above-captioned matters, and

    Good cause having been shown by the United States in its application as required by Title 18, United States Code, Section 2518(8)(b),

    IT IS HEREBY ORDERED that portions of the above-referenced order, and the accompanying application and affidavits may be disclosed to parties for use in the above-entitled criminal action(s), as well as any subsequent case based upon an indictment following such case.

    IT IS FURTHER ORDERED THAT the parties and defense counsel, including but not limited to

defense counsel's staff, investigators, and outside assistants, shall not disclose the contents of the documents released by the government through discovery in this case, except as necessary for investigative work for the prosecution or presentation of defenses in this case.  No copies of documents, tape- recordings, or other items released by the government in discovery in this case may be given to the defendant or any third party who is not a member of defense counsel's staff or hired as defense investigators or outside assistants, including relatives or friends of the defendant.

    IT IS FURTHER ORDERED that this order may be served on the parties who will be in receipt of the redacted applications, affidavits, and/or orders.

IT IS SO ORDERED.

Dated: **June 5, 2024**     /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE