ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER BACA-ARIAS,<br><br>Defendant. | CASE NO. 1:24-CR-00135-TLN-BAM<br><br>STIPULATION TO RESET SENTENCING; ORDER THEROF |

Defendant Christopher Baca-Arias is set for sentencing on November 17, 2025. Counsel for defendant is in trial, and the parties request the matter be reset to **January 12, 2026, at 9: 30 a.m. in Courtroom 5 before Chief District Judge Troy L. Nunley.** No exclusion of time is needed as the matter is set for set for sentencing.

Dated: November 12, 2025                    Respectfully submitted,

ERIC GRANT
United States Attorney

By    /s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated: November 12, 2025          By:   /s/ Patrick Aguirre
Patrick Aguirre
Attorney for Defendant
Christopher Baca-Arias

Stipulation to Reset Sentencing                    1

**ORDER**

It is so ordered, that dates be reset as above.

Dated: November 12, 2025

_____
Troy L. Nunley
Chief United States District Judge