PATRICK S. AGUIRRE (SBN: 189103)
**LAW OFFICES OF PATRICK S. AGUIRRE AND ASSOCIATES**
1107 R Street,
Fresno, CA 93721
Telephone: (562) 904-4337
Facsimile: (562) 683-2180
Attorney for Defendant,
CHRISTOPHER BACA-ARIAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>CHRISTOPHER BACA-ARIAS,<br><br>         Defendant. | CASE NO. 1:24-CR-00135-TLN-BAM-5<br><br>STIPULATION AND ORDER TO RESET SENTENCING |

Defendant Christopher Baca-Arias is set for sentencing on January 12, 2026. Counsel for Defendant has a scheduling conflict, and the parties request the matter be reset to **April 6, 2026, at 10:00 a.m. in Courtroom 5 before District Judge Dale A. Drozd**. No exclusion of time is needed as the matter is set for set for sentencing.

Respectfully submitted,

Dated: January 7, 2026        By:   /s/ Patrick Aguirre_____
                                            PATRICK S. AGUIRRE
                                            Attorney for Defendant
                                            Christopher Baca-Arias

Dated: January 7, 2026        By:   _/s/ Robert L. Veneman- Hughes___
                                            ROBERT L. VENEMAN-HUGHES
                                            Assistant United States Attorney

1

**ORDER**

IT IS SO ORDERED, that the dates be reset as above.

Dated: January 09, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2