PATRICK S. AGUIRRE, SBN 189103
LAW OFFICES OF PATRICK S. AGUIRRE & ASSOCIATES, A PLC
1107 R St.
Fresno, CA 93721
Telephone: (562) 904-4337
Facsimile: (562) 683-2180

Attorney for Defendant,
CHRISTOPHER BACA ARIAS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff,<br><br>vs.<br><br>**CHRISTOPHER BACA ARIAS**<br><br>Defendant. | Case No.**: 1:24-CR-00135-DAD-EPG-5**<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF PATRICK S. AGUIRRE AS ATTORNEY OF RECORD AND ORDER** |

On June 13, 2024, Defendant CHRISTOPHER BACA ARIAS was indicted on federal charges. CJA Panel Attorney Patrick S. Aguirre was appointed as trial counsel to represent Mr. Baca Arias on June 4, 2024 in his criminal case. Mr. Baca Arias was sentenced, pursuant to a guilty plea, on June 15, 2026. The time for filing a direct appeal was July 7, 2026. No direct appeal was filed. Mr. Baca Arias was in custody at sentencing. The trial phase of Mr. Baca Arias's criminal case has, therefore, come to an end. Having completed his representation of Mr. Baca Arias, CJA attorney Patrick S. Aguirre now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Baca Arias require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: July 21, 2026

Respectfully submitted,

/s/ *Patrick S. Aguirre*

Patrick S. Aguirre
Attorney for Defendant,
Christopher Baca Arias

**ORDER**

Having reviewed the notice and found that attorney Patrick S. Aguirre has completed the services for which he was appointed, the Court hereby grants attorney Patrick S. Aguirre's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Christopher Baca Arias at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Central Valley Annex
254 Taylor Avenue
McFarland, CA 93250

IT IS SO ORDERED.

Dated: **July 24, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE